UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of the**<br><br>**YELLOW LINE CASES**<br>**Arising out of the Events of January 12, 2015**<br><br>**LEAD CASE:**<br>*Glover, et al. v. Washington Metropolitan Area Transit Authority*<br><br>**THIS DOCUMENT RELATES TO:**<br>*N.H., a minor, by her parents and next friend, Shannon McNeal Hairston and Stephen Patrick Hairston v. Washington Metropolitan Area Transit Authority* | **Civil Action No. 1:15-mc-989-TSC-GMH** |
| **N.H., a minor, by her parents and next friend, SHANNON MCNEAL HAIRSTON and STEPHEN PATRICK HAIRSTON,**<br>**2058 Matt Way Riverside**<br>**Dayton, Ohio 45424,**<br><br>     *Plaintiffs,*<br><br>  v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br>**600 Fifth Street, N.W.**<br>**Washington, D.C. 20001-2693,**<br><br>     *Defendant.* | **Civil Action No: 1:18-cv-581-TSC-GMH** |

## COMPLAINT

### (NEGLIGENCE)

**COMES NOW** Plaintiffs, Shannon McNeal Hairston and Stephen Patrick Hairston, as parents and next friend of minor N.H. ("Plaintiff"), and for the Complaint against the Defendant, Washington Metropolitan Area Transit Authority, states as follows:

1. Plaintiff, Shannon McNeal Hairston, is an adult resident of Ohio and is the biological mother of the minor child, N.H., born on June 28, 2015.

2. Plaintiff, Stephen Patrick Hairston, is an adult resident of Ohio and is the biological father of the minor child, N.H., born on June 28, 2015.

3. Defendant is Washington Metropolitan Area Transit Authority ("WMATA").

4. On January 12, 2015, at or near the L'Enfant Plaza Metro Station, Plaintiffs Shannon McNeal Hairston and Stephen Patrick Hairston allege that Shannon McNeal Hairston was pregnant with their minor child, N.H., while she was a passenger on Yellow Line Train 302 (the "Incident"), as claimed in the case styled, *Shannon McNeal Hairston v. WMATA*, United States District Court for the District of Columbia, Civil Action No. 16-cv-000278-TSC, as part of or in relation to the Master Case styled *In the Matter of the Yellow Line Cases*, United States District Court for the District of Columbia, Master Case No. 1:15-mc- 00989-TSC-GMH (the "Lawsuit").

5. As a result of the Incident, Plaintiff alleges that Shannon Hairston was taken to George Washington University Hospital for care to ensure she and N.H. did not sustain any injuries.

**WHEREFORE**, Plaintiff demands judgment against Defendant and in favor of Shannon McNeal Hairston and Stephen Patrick Hairston, as parents and next friend of N.H., to be paid to Plaintiff, for the benefit of the minor child.

Respectfully submitted,

*/s/ Joseph T. Musso*
Joseph T. Musso, Esq. (#996784)
Jerry Spitz, Esq. (#413137)
Drew LaFramboise, Esq. (#1018140)
ASHCRAFT & GEREL, LLP
4900 Seminary Road
Suite 650
Alexandria, VA 22311
T: (703) 931-5500
F: (703) 820-1656
jmusso@ashcraftlaw.com
jspitz@ashcraftlaw.com
dlaframboise@ashcraftlaw.com
*Counsel for Plaintiff*

*Plaintiffs request a trial by Jury on all issues*

*/s/ Joseph T. Musso*